UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:18-cv-562-D**
)
US MARSHALS, )
)
        Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Solomon's application to proceed in forma pauperis [D.E. 1] is GRANTED and Solomon's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

Patrick Solomon     (Sent to 3984 Neeley St. Raleigh NC 27606 via US Mail)

DATE:     PETER A. MOORE, JR., CLERK

December 27, 2018     (By) /s/ Nicole Sellers
    Deputy Clerk